UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GREGORY BRACEY,
    Plaintiff,

v.

WATERBURY BOARD OF
EDUCATION,
    Defendant.

: Civil No.
: 3:17-cv-1100 (SRU)

## VERDICT FORM

We, the jury, unanimously find:

1. Has the plaintiff proven by a preponderance of the evidence that he suffered an adverse employment action as a result of being terminated from his long-term substitute teaching position at Woodrow Wilson Elementary School?

    Yes _____    No _X_

2. Has the plaintiff proven by a preponderance of the evidence that his race, color, or gender was a motivating favor in the defendant's decision to terminate him from his long-term teaching position at Woodrow Wilson Elementary School?

    Yes _____    No _X_

*If you answer yes to both Question 1 and 2, go to Question 3. If you answer no to either Question 1 or 2, sign and date this form on the last page.*

3. Has the plaintiff proven by a preponderance of the evidence that he suffered economic damages as a result of the defendant's discrimination?

    Yes _____    No _____

*If you answer no, please skip Questions 4 and 5 and proceed to Question 6.*

1

CSO

4. If you answered yes to Question 3, for how many days was the plaintiff without pay following his termination from Woodrow Wilson Elementary School?

   Number of Days Without Pay: _____

5. For each day the plaintiff was without pay following his termination, how much in wages did the plaintiff lose per day?

   Amount of Lost Wages Per Day: $_____

6. Has the plaintiff proven by a preponderance of the evidence that he suffered noneconomic damages as a result of the defendant's discrimination?

   Yes ____    No ____

*If you answer no, sign and date this form below.*

*If yes, indicate the total amount of noneconomic damages he proved.*

   Noneconomic Damages: $_____

*Please sign and date this verdict form below.*

_____/S/_____          _5/19/21_
        Foreperson                          Date