# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Gregory Bracey
    Plaintiff,

V.                                 Civil Number 3:17cv1100(SRU)

Waterbury Board of Education
    Defendant,

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On May 19, 2021, after deliberation, the jury returned a verdict in favor of the defendant Waterbury Board of Education, against plaintiff, Gregory Bracey. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant Waterbury Board of Education and the case is closed.

Dated at Bridgeport, Connecticut, this 28 day of May 2021.

                                          ROBIN D. TABORA, CLERK

                                          By:/s/ Maria Corriette
                                          Maria Corriette
                                          Deputy Clerk

EOD:    5/28/2021